**Continuing Abatement Order filed November 14, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00009-CR
NO. 14-18-00010-CR
NO. 14-18-00021-CR

_____

**STEVEN KURT  BAUGHMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court
Harris County, Texas
Trial Court Cause No. 1423421**

## CONTINUING ABATEMENT ORDER

On July 25, 2019, this court directed the trial court to conduct a hearing in this case to determine whether appellant needed appointment of new counsel. Our order required the trial judge to see that a record of the hearing is made, make findings of fact and conclusions of law, and order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the findings and

conclusions. The transcribed record of the hearing and the courts findings and conclusions were to be filed with the clerk of this court on or before August 29, 2019. To date, the court has received a record of the hearing, but has not received a supplemental clerk's record containing the trial court's findings or an order appointing new counsel.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental clerk's record is filed in this court.

It is so ORDERED.

PER CURIAM

Panel Consists of Justices Wise, Zimmerer, and Spain.